IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DARYL HAWES, et al., | ) | |
| Plaintiffs, | ) | CV 00-587-PA |
| v. | ) | |
| STATE OF OREGON, et al., | ) | **ORDER AND JUDGMENT** |
| | ) | **OF DISMISSAL** |
| Defendants. | ) | |

    Plaintiffs' motion for summary judgment (#43) is denied. Defendants' motions for summary judgment (##51, 53, 58) are granted.  This action is dismissed without prejudice for lack of subject matter jurisdiction and remanded to state court.

    DATED this 27th day of April, 2001.

                  /s/ Owen M. Panner
                  _____
                  OWEN M. PANNER
                  U.S. DISTRICT COURT JUDGE

1 - ORDER AND JUDGMENT OF DISMISSAL